# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AARON CARTER AND JOSEPH
WAINWRIGHT

VERSUS

JEREMY HILL, RENTOKIL NORTH
AMERICA, INC. AND ARCH
INSURANCE COMPANY

NO.   2024 CW 0545

**AUGUST 12, 2024**

---

In Re:   Aaron Carter and Joseph Wainwright, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 723408.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

**SMM**

**HG**

**Wolfe, J.,** concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT